```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    CASE MANAGEMENT
IN RE CREDIT DEFAULT SWAPS ANTITRUST     :         ORDER
LITIGATION                               :
                                         :    13 MD 2476 (DLC)
---------------------------------------- X
                                         :
VALUE RECOVERY FUND LLC, et al.,         :
Individually and on Behalf of all those  :
Similarly Situated,                      :
                                         :
              Plaintiffs,                :
                                         :
         -v-                             :
                                         :    13 Civ. 4928
JPMORGAN CHASE & CO., et al.,            :
                                         :
              Defendants.                :
                                         :
---------------------------------------- X
                                         :
SALIX CAPITAL US INC., Individually and  :
on Behalf of all those Similarly         :
Situated,                                :
                                         :
              Plaintiff,                 :
                                         :
         -v-                             :
                                         :    13 Civ. 6116
BANK OF AMERICA CO., et al.,             :
                                         :
              Defendants.                :
                                         :
---------------------------------------- X
```

12/13/2013

1

```
-------------------------------------- X
                                       :
SHEET METAL WORKERS LOCAL NO. 33       :
CLEVELAND DISTRICT PENSION PLAN,       :
Individually and on Behalf of all those:
Similarly Situated,                    :
                                       :
                    Plaintiff,         :       13 Civ. 7450
                                       :
        -v-                            :
                                       :
BANK OF AMERICA CO., et al.,           :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
                                       :
UNIPENSION FONDSMAEGLERSELSKAB, et al.,:
Individually and on Behalf of all those:
Similarly Situated,                    :
                                       :
                    Plaintiffs,        :       13 Civ. 7465
                                       :
        -v-                            :
                                       :
BANK OF AMERICA CO., et al.,           :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
                                       :
ESSEX REGIONAL RETIREMENT SYSTEM,      :
Individually and on Behalf of all those:
Similarly Situated,                    :
                                       :
                    Plaintiff,         :       13 Civ. 7640
                                       :
        -v-                            :
                                       :
BANK OF AMERICA CO., et al.,           :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
```

```
------------------------------------- X
                                      :
MF GLOBAL CAPITAL LLC, Individually and :
on Behalf of all those Similarly      :
Situated,                             :
                                      :     13 Civ. 7647
                   Plaintiff,         :
                                      :
                                      :
         -v-                          :
                                      :
BANK OF AMERICA CO., et al.,          :
                                      :
                   Defendants.        :
                                      :
------------------------------------- X
                                      :
LBBW ASSET MANAGEMENT                 :
INVESTMENTGESELLSCHAFT MBH,           :
Individually and on Behalf of all those :
Similarly Situated,                   :     13 Civ. 7752
                                      :
                   Plaintiff,         :
                                      :
                                      :
         -v-                          :
                                      :
CITIBANK, N.A., et al.,               :
                                      :
                   Defendants.        :
                                      :
------------------------------------- X
                                      :
LOS ANGELES COUNTY EMPLOYEES RETIREMENT :
ASSOCIATION, Individually and on Behalf :
of all those Similarly Situated,      :
                                      :     13 Civ. 7634
                   Plaintiff,         :
                                      :
                                      :
         -v-                          :
                                      :
JP MORGAN CHASE & CO., et al.,        :
                                      :
                   Defendants.        :
                                      :
------------------------------------- X
```

```
------------------------------------------ X
                                           :
STATE UNIVERSITIES RETIREMENT SYSTEM OF    :
ILLINOIS, Individually and on Behalf of    :
all those Similarly Situated,              :
                                           :           13 Civ. 7964
                    Plaintiff,             :
                                           :
          -v-                              :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
FUND LIQUIDATION HOLDINGS LLC, et al.,     :
Individually and on Behalf of all those    :
Similarly Situated,                        :           13 Civ. 7976
                                           :
                    Plaintiffs,            :
                                           :
          -v-                              :
                                           :
JP MORGAN CHASE & CO., et al.,             :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the following provisions shall apply in this litigation:

I. <u>LEAD PLAINTIFFS AND LEAD PLAINITFF COUNSEL</u>

1. **Salix Capital U.S., Inc.** and **Los Angeles County Employees Retirement Association** are appointed Lead Plaintiffs.

2. **Quinn, Emanuel, Urquhart & Sullivan, LLP** shall serve as Lead Counsel for Lead Plaintiffs and the class in this action.

4

    2. **Quinn, Emanuel, Urquhart & Sullivan, LLP** shall serve as Lead Counsel for Lead Plaintiffs and the class in this action.

    3. **Pearson, Simon & Warshaw, LLP** is appointed Co-Lead Counsel.

II. <u>CONSOLIDATION</u>

    1. The above captioned actions are consolidated for all pretrial purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. A Master Docket No. 13 MD 2476 has been established. These cases shall be referred to collectively as In re Credit Default Swaps Antitrust Litigation, Master Docket No. 13 MD 2476.

    2. No action taken hereunder shall have the effect of making any person, firm or corporation a party to any action in which the person or entity has not been named, served, or added as such in accordance with the Federal Rules of Civil Procedure.

III. <u>CAPTION</u>

    1. Every pleading filed in this action, and in any separate action subsequently included therein, shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE CREDIT DEFAULT SWAPS ANTITRUST LITIGATION<br><br>This Document Relates To: | 13 MD 2476 (DLC) |
|---|---|

    2. When a filing is intended to be applicable to all actions to which this Order is applicable, the words, "All Actions" shall appear immediately after the words, "This Document Relates To:" in the caption above. When a pleading is intended to be applicable only to some, but not all of such actions, this Court's docket number for each individual action to which the pleading is intended to be applicable shall appear there.

5

IV. <u>DEFENSE LIASON COUNSEL</u>

**Davis Polk & Wardwell, LLP** is designated as defense liaison counsel for communication and administrative purposes only.

V. <u>NEWLY FILED OR TRANSFERRED ACTIONS</u>

1. When an action that relates to the same subject matter as this action is hereafter filed in or transferred to this Court and assigned to the undersigned, it shall be consolidated with this action (provided that any case transferred to this Court solely for pretrial proceedings shall be consolidated only to that extent absent further order of this Court), and the Clerk of Court shall:

   a. Docket a copy of this Order in the separate file for such action.

   b. Make an appropriate entry in the docket that a new case has been assigned.

2. The Clerk shall maintain a separate file for each of the consolidated actions and filings shall be made therein in accordance with the regular procedures of the Clerk of this Court except as modified by this Order.

VI. <u>COUNSEL'S RESPONSIBILITIES</u>

1. The Court requests the assistance of counsel in calling to the attention of the Clerk the filing or transfer of any case which might properly be consolidated with this action.

2. Upon the first appearance of any new defendant(s), Lead Counsel shall provide notice to that defendant of this Order.

VII. <u>APPLICATION OF THIS ORDER TO SUBSEQUENT CASES</u>

1. This Order shall apply to each action assigned to the undersigned alleging claims similar to those set forth in this action against any of the defendants and others.

2. This Order shall apply to each such case which is subsequently filed in or transferred to this Court, and

6

which is assigned to the undersigned unless a party objecting to the consolidation of that case or to any other provision of this Order serves an application for relief from this Order or from any of its provisions within ten (10) days after the date on which that party is provided with notice of this Order.

3. The provisions of this Order shall apply to such action pending the Court's ruling on the application.

4. Unless a plaintiff in a subsequently filed or transferred case is permitted by the Court to use a separate complaint, defendants shall not be required to answer, plead or otherwise move with respect to that complaint in any such case.

5. If a plaintiff in any such case is permitted to use a separate complaint, each defendant shall have thirty (30) days from the date the Court grants such permission within which to answer, plead or otherwise move with respect to any such complaint.

VIII.    SCHEDULE

1. Lead Plaintiffs shall file a consolidated complaint for this action and any class actions subsequently consolidated with it on or before **January 31, 2014**.

2. Pending filing and service of the consolidated complaint, defendants shall have no obligation to move, answer, or otherwise respond to any complaints in this consolidated action or in any actions subsequently consolidated with this action.

3. Defendants shall file their motion(s) to dismiss the consolidated complaint, if any, on or before **March 14, 2014**.

4. By **March 21, 2014**, the Lead Plaintiffs shall advise the defendants and the Court whether they intend to amend their consolidated complaint in response to the motions. They will have no further opportunity to amend. Any amended consolidated complaint must be filed by **April 11, 2014**.

5. In the event that the Lead Plaintiffs do not amend, they shall file their opposition(s) to the motion(s) to

7

dismiss on or before **April 11, 2014**. Defendants shall file their reply to the opposition(s) to the motion(s) to dismiss on or before **May 2, 2014**.

6. Defendants shall supply the Court with two courtesy copies of the motion papers at the time the reply is served.

7. Should this action survive any motion to dismiss, a conference will be held approximately two weeks thereafter. Counsel must confer in good faith and submit to the Court in writing prior to any conference an account of the material areas in which there is agreement and disagreement on the management of and schedule for discovery, so as to further the effectiveness of any conference.

SO ORDERED:

Dated:   New York, New York
         December 13, 2013

                                    _____
                                         DENISE COTE
                                    United States District Judge