JOSEPH HAGE AARONSON LLC

485 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
(212) 407-1200
WWW.JHA.COM

PAMELA JARVIS
DIRECT DIAL: (212) 407-1250
DIRECT FAX: (212) 407-1278
EMAIL: pjarvis@jhany.com

FACSIMILE
(212) 407-1299

March 5, 2014

**By ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *In re Credit Default Swaps Antitrust Litigation*, 13-md-2476-DLC

Dear Judge Cote:

    We represented Quinn Emanuel Urquhart & Sullivan LLP on defendant International Swaps and Derivatives Association's motion to disqualify Quinn Emanuel as plaintiffs' counsel in the above-captioned action (Dkt. 131). On December 5, 2013, Your Honor disposed of that motion (Dkt. 244). Accordingly, we ask Your Honor to direct the Clerk of the Court to remove our firm and the individual lawyers named below from the ECF notification list.

    Respectfully submitted,

cc:   Counsel of Record (ECF)

Pamela Jarvis (PJ 1250)
(pjarvis@jhany.com)
Gregory P. Joseph (GJ 1210)
(gjoseph@jhany.com)
Sandra M. Lipsman (SL 1220)
(slipsman@jhany.com)